UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      :
    DUSTIN C. DURO and              :
    NANCY LOUISE DURO,              :    CHAPTER 13
                                      :
        Debtors              :    BKRTCY. NO. 11-21569 REF

## ORDER

AND NOW, upon consideration of the Debtors' Objection to Proof of Claim Number 4 filed by Foundations Worldwide, Inc. in the amount of $1,491.16, and after hearing thereon;

IT IS **ORDERED** that the Objection is **SUSTAINED**;

IT IS FURTHER **ORDERED** that the Proof of Claim of Foundations Worldwide, Inc., Claim Number 4, shall be **DISALLOWED** and **STRICKEN**. However, the Trustee having already paid out $54.24 prior to the re-opening of this case, Debtors concede that Claim 4 should be allowed in the amount of $54.24 only, and Claim Number 4 shall be allowed in that amount.

12/5/17

BY THE COURT:

_____
RICHARD E. FEHLING
**UNITED STATES BANKRUPTCY JUDGE**